FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MICHAEL LOVELACE,<br><br>Defendant. | No. 2:25-CR-00137-TOR-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 31)** |

Before the Court is Defendant STEVEN MICHAEL LOVELACE's Motion to Modify Pretrial Release Condition 18, **ECF No. 31**.

**IT IS ORDERED:**

1.     Defendant's Motion to Modify Pretrial Release Condition 18, **ECF No. 31**, is **GRANTED.  Condition No. 18 shall be modified to the following:**

        a.     **Pornography:** Defendant shall not possess or access pornography in any form, electronic or otherwise.  Defendant shall not have access to the internet, including, but not limited to, cell phones with internet access, **without the prior approval of the United States/Pretrial Services, and such access shall be limited to completing on-the-job employee responsibilities.**

2.     The following condition shall be added:

        a.     **Gang Members:**  Defendant shall have no contact, direct or indirect, with any known gang members.

ORDER - 1

3.      All other terms and conditions of pretrial release set forth in ECF No. 30 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 27, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2